IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMY L. BROWN, Individually and
on behalf of all others similarly situated                                    PLAINTIFF

v.                                     Civil No. 4:20-cv-4041

MARKEL AMERICAN INSURANCE COMPANY                              DEFENDANT

# ORDER

Before the Court is the parties' Joint Motion for Protective Order. ECF No. 27. To facilitate discovery in this case, the parties agree to protect the confidentiality of certain information and have submitted for the Court's approval a proposed Confidentiality Protective Order. Upon consideration, the Court finds that the parties' motion (ECF No. 27) should be and hereby is **GRANTED**. The Court will enter the parties' proposed Confidentiality Protective Order as a separate docket entry.

**IT IS SO ORDERED**, this 6th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge