IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMY L. BROWN, Individually and
on behalf of all others similarly situated                                                      PLAINTIFF

v.                                            Civil No. 4:20-cv-4041

MARKEL AMERICAN INSURANCE COMPANY                                          DEFENDANT

## ORDER

The parties have filed a Joint Motion to Dismiss (ECF No. 30) notifying the Court that they have entered into a settlement agreement that resolves all issues in this case.   Upon consideration, the Court finds that the Joint Motion to Dismiss (ECF No. 30) should be and hereby is **GRANTED**.

The above styled cause is **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement and with each party bearing its own costs and fees.   **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 1st day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge